UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:26-CR-00431(1)-RP |
| | § | |
| (1) Ronald Samuel Lapop-Galicia | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed August 31, 2026, wherein the defendant Lapop-Galicia waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Lapop-Galicia to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Lapop-Galicia's plea of guilty to Count 1 of the Information is accepted.

Signed this 24th day of September, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE